OLF 7 *(Official Local Form 7)*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re David F. Yanovich        Case No. **19-13829**

                                         Chapter **13**

                   Debtor

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I[We] **D. Anthony Sottile** _____ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my <u>Request for Service of Notices</u> (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: **1/6/2020**                  _[signature]_____
                                                         (Affiant)

                                                         _____
                                                         (Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

                                                        Signed:_____
                                                        (Attorney for Affiant - /s/used by Registered ECF Users Only)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

In Re:                                              Case No. 19-13829

David F. Yanovich                                   Chapter 13

Debtor.                                             Judge Melvin S. Hoffman

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

      Please take notice that D. Anthony Sottile, as authorized agent for Partners for Payment Relief DE II, LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Partners for Payment Relief DE II, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

Dated: January 5, 2020

                                                    D. Anthony Sottile
                                                    Authorized Agent for Creditor
                                                    Sottile & Barile, LLC
                                                    394 Wards Corner Road, Suite 180
                                                    Loveland, OH 45140
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on January 6, 2020, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Richard D. Smeloff, Debtor's Counsel
    rsmeloff@msn.com

    Carolyn Bankowski, Chapter 13 Trustee
    13trustee@ch13boston.com

    Office of the United States Trustee
    ustpregion01.bo.ecf@usdoj.gov

I further certify that on January 6, 2020, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    David F. Yanovich, Debtor
    57 Anna Road
    North Weymouth, MA 02191

*/s/ D. Anthony Sottile*
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com